```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JOHNATHAN FENIGER,

            Plaintiff,

vs.                              Case No.   2:05-cv-319-FtM-29SPC

CAFE AROMA; SANDRA LEMAY,

            Defendants.
_____

## OPINION AND ORDER

This matter comes before the Court on plaintiff's Motion to Strike Defendants' Third Affirmative Defense to Plaintiff's Complaint (Doc. #13), filed on September 15, 2005. No response has been filed and the time to do so has now expired.

Defendant filed an Answer and Affirmative Defenses (Doc. #10) on August 30, 2005. Plaintiff seeks to strike defendant's third affirmative defense, which states:

> Defendant asserts waiver and states that Defendant [sic] never objected, complained, or otherwise suggested that he worked in excess of forty hours per week or was entitled to be compensated for hours worked in excess of forty (40) hours per week.

(Doc. #10, ¶ 29). Plaintiff argues that the defense must be stricken as waiver is not a defense and an individual cannot waive entitlement under the Fair Labor Standards Act (FLSA).

Under Fed. R. Civ. P. 12(f), "the Court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Motions to strike

are disfavored, and will be denied unless the allegations have no possible relation to the controversy, may confuse the issues, or may cause prejudice to one of the parties. Reyher v. Trans World Airlines, Inc., 881 F. Supp. 574, 576 (M.D. Fla. 1995).

It is clear that rights under the FLSA cannot be waived. Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982)(FLSA provisions are mandatory, and are not subject to negotiation or bargaining between employers and employees, and not subject to waiver). Therefore, the motion will be granted.

Accordingly, it is now

**ORDERED**:

Plaintiff's Motion to Strike Defendants' Third Affirmative Defense to Plaintiff's Complaint (Doc. #13) is **GRANTED** and third affirmative defense is stricken.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of October, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record